Martin E. Rosen (108998),
mrosen@bargerwolen.com
Jason C. Love (228881),
jlove@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
Provident Life and Accident Insurance
Company, erroneously sued herein as Provident
Life and Accident Company, and John J.
Mahoney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ALBERTS, <br><br> Plaintiff, <br><br> vs. <br><br> PROVIDENT LIFE AND ACCIDENT COMPANY, JOHN J. MAHONEY, AND DOES 1-20, INCLUSIVE, <br><br> Defendants. | CASE NO.: C 09-05038 MHP <br><br> **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> [Filed concurrently with [Proposed] Order] <br><br> Current Date: February 1, 2010 <br> Time: 4:00 p.m. <br><br> Proposed Date: February 8, 2010 <br><br> Complaint Filed: September 24, 2009 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Mary Alberts and Defendants Provident Life and Accident Insurance Company, erroneously sued herein as Provident Life and Accident Company, and John J. Mahoney (together "Defendants"), hereby stipulate and agree as follows:

1. The Initial Case Management Conference in this matter is currently set for February 1, 2010 at 4:00 p.m.

2. Lead trial counsel for Defendants Martin E. Rosen will need to fly to the San Francisco to attend the Initial Case Management Conference, as he is located in Los Angeles. Mr. Rosen has previously scheduled professional obligations in Milwaukee commencing February 2, 2010. These obligations were scheduled prior to the Court's order setting the initial case management conference.

3. Based on the foregoing, counsel for the parties have agreed that, with Court permission, the scheduling conference should be moved to February 8, 2010 at 4:00 p.m. or such time after February 8, 2010 that the Court deems appropriate.

Dated: January 20, 2010

BARGER & WOLEN LLP

By: /s/ Jason C. Love
MARTIN E. ROSEN
JASON C. LOVE
Attorneys for Defendants Provident Life and Accident Insurance Company, erroneously sued herein as Provident Life and Accident Company, and John J. Mahoney

Dated: January 20, 2010

LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff Mary J. Alberts

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ALBERTS,<br><br>  Plaintiff,<br><br>vs.<br><br>PROVIDENT LIFE AND ACCIDENT COMPANY, JOHN J. MAHONEY, AND DOES 1-20, INCLUSIVE,<br><br>  Defendants. | CASE NO.: C 09-05038 MHP<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:  February 1, 2010<br>Time:  4:00 p.m.<br><br>Complaint Filed: September 24, 2009 |

-1-
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1 | Based on the stipulation of the parties to continue the date of the initial case
2 | management conference in this matter, and good cause appearing, the Court
3 | continues the scheduling conference from February 1, 2010, at 4:00 p.m. to
4 | [requested date: February 8, 2010] __February 8_____, 2010 at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: January _21_, 2010       By: _____
                                    Hon.
                                    Judge Marilyn H. Patel



BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES CA 90071
(213) 680-2800

-2-
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE