1  Martin E. Rosen (108998),
   mrosen@bargerwolen.com
2  Jason C. Love (228881),
   jlove@bargerwolen.com
3  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
4  Los Angeles, California 90071
   Telephone: (213) 680-2800
5  Facsimile: (213) 614-7399

6  Attorneys for Defendants
7  Provident Life and Accident Insurance
   Company, erroneously sued herein as Provident
8  Life and Accident Company, and John J.
   Mahoney
9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12

13  MARY ALBERTS,                          ) CASE NO.: C 09-05038 MHP
                                           )
14              Plaintiff,                  ) **STIPULATION TO CONTINUE**
                                           ) **INITIAL CASE MANAGEMENT**
15         vs.                             ) **CONFERENCE**
                                           )
16  PROVIDENT LIFE AND ACCIDENT            ) [Filed concurrently with [Proposed]
    COMPANY, JOHN J. MAHONEY,              ) Order]
17  AND DOES 1-20, INCLUSIVE,              )
                                           ) Current Date:   February 1, 2010
18              Defendants.                 ) Time:           4:00 p.m.
                                           )
19                                         ) Proposed Date: February 8, 2010
                                           )
20                                         )
                                           )
21                                         ) Complaint Filed: September 24, 2009
                                           )
22                                         )
                                           )
23  _____  )

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1    Plaintiff Mary Alberts and Defendants Provident Life and Accident Insurance

2    Company, erroneously sued herein as Provident Life and Accident Company, and

3    John J. Mahoney (together "Defendants"), hereby stipulate and agree as follows:

4        1.    The Initial Case Management Conference in this matter is currently set

5    for February 1, 2010 at 4:00 p.m.

6        2.    Lead trial counsel for Defendants Martin E. Rosen will need to fly to the

7    San Francisco to attend the Initial Case Management Conference, as he is located in

8    Los Angeles. Mr. Rosen has previously scheduled professional obligations in

9    Milwaukee commencing February 2, 2010. These obligations were scheduled prior

10   to the Court's order setting the initial case management conference.

11       3.    Based on the foregoing, counsel for the parties have agreed that, with

12   Court permission, the scheduling conference should be moved to February 8, 2010 at

13   4:00 p.m. or such time after February 8, 2010 that the Court deems appropriate.

14

15   Dated: January 20, 2010                     BARGER & WOLEN LLP

16                                               By: /s/ Jason C. Love
                                                       MARTIN E. ROSEN
17                                                     JASON C. LOVE
                                                       Attorneys for Defendants Provident
18                                                     Life and Accident Insurance
                                                       Company, erroneously sued herein
19                                                     as Provident Life and Accident
                                                       Company, and John J. Mahoney
20

21   Dated: January 20, 2010                     LAW OFFICES OF LAURENCE F.
                                                 PADWAY
22

23                                               By: /s/ Laurence F. Padway
                                                       LAURENCE F. PADWAY
24                                                     Attorneys for Plaintiff Mary J.
                                                       Alberts
25

26

27

28

-2-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10                    **UNITED STATES DISTRICT COURT**
11                  **NORTHERN DISTRICT OF CALIFORNIA**
12

13   MARY ALBERTS,                          )   CASE NO.: C 09-05038 MHP
                                            )
14              Plaintiff,                  )   [PROPOSED] ORDER GRANTING
                                            )   STIPULATION TO CONTINUE
15        vs.                               )   INITIAL CASE MANAGEMENT
                                            )   CONFERENCE
16   PROVIDENT LIFE AND ACCIDENT            )
     COMPANY, JOHN J. MAHONEY,              )   Date:       February 1, 2010
17   AND DOES 1-20, INCLUSIVE,              )   Time:       4:00 p.m.
                                            )
18              Defendants.                 )
                                            )
19                                          )   Complaint Filed: September 24, 2009
                                            )
20                                          )
                                            )
21                                          )
                                            )
22                                          )
                                            )
23   _____ )

24
25
26
27
28

**BARGER & WOLEN** LLP   [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT
633 W. FIFTH ST.                                    CONFERENCE
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1    Based on the stipulation of the parties to continue the date of the initial case

2  management conference in this matter, and good cause appearing, the Court

3  continues the scheduling conference from February 1, 2010, at 4:00 p.m. to

4  [requested date: February 8, 2010]  February 8 _____, 2010 at 4:00 p.m.

5

6  **IT IS SO ORDERED.**

7

8  Dated: January 21 , 2010                                 By:

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



-2-

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES  CA 90071
(213) 680-2800