1  Martin E. Rosen (108998),
   mrosen@bargerwolen.com
2  Jason C. Love (228881),
   jlove@bargerwolen.com
3  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
4  Los Angeles, California  90071
   Telephone:  (213) 680-2800
5  Facsimile:  (213) 614-7399

6  Attorneys for Defendants
   Provident Life and Accident Insurance
7  Company, erroneously sued herein as Provident
   Life and Accident Company, and John J.
8  Mahoney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ALBERTS, | CASE NO.: C 09-05038 MHP |
| Plaintiff, | **STIPULATION TO DISMISS ACTION, WITH PREJUDICE** |
| vs. | [Filed concurrently with [Proposed] Order] |
| PROVIDENT LIFE AND ACCIDENT COMPANY, JOHN J. MAHONEY, AND DOES 1-20, INCLUSIVE, | |
| Defendants. | Complaint Filed: September 24, 2009 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated by and between the parties, through their undersigned counsel of record, that the entire action be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a), with each party bearing his, her, or its own attorneys' fees and costs and waiving all rights of appeal.

Dated: March 23, 2010

BARGER & WOLEN LLP

By: _____
MARTIN E. ROSEN
JASON C. LOVE
Attorneys for Defendants Provident Life and Accident Insurance Company, erroneously sued herein as Provident Life and Accident Company, and John J. Mahoney

Dated: March 26, 2010

LAW OFFICES OF LAURENCE F. PADWAY

By: _____
LAURENCE F. PADWAY
Attorneys for Plaintiff Mary J. Alberts

BARGER & WOLEN LLP
630 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
STIPULATION TO DISMISS WITH PREJUDICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ALBERTS, | CASE NO.: C 09-05038 MHP |
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE BASED ON STIPULATION TO DISMISS ACTION WITH PREJUDICE |
| vs. | |
| PROVIDENT LIFE AND ACCIDENT COMPANY, JOHN J. MAHONEY, AND DOES 1-20, INCLUSIVE, | |
| Defendants. | |
| | Complaint Filed: September 24, 2009 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, pursuant to the stipulation of the parties, with each party bearing his, her, or its own attorneys' fees and costs and waiving all rights of appeal.

Dated: March 24, 2010          By: _____
                                    Honorable Marilyn H. Patel



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-